DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOEL B. CRIPE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2486

[February 8, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Hon. Michael C. Heisey, Judge; L.T. Case No. 562002CF001142A.

Joel B. Cripe, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***